ERIC E. CHANDLER and PEGGY K. De VRIES, f.k.a. PEGGY K. CHANDLER, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Chandler v. Comm'r
Docket No. 22599-86
United States Tax Court
2013 U.S. Tax Ct. LEXIS 48; March 26, 2013, Decided
Chandler v. Commissioner, T.C. Memo 1991-425, 1991 Tax Ct. Memo LEXIS 474 (T.C., 1991)
*48 Petitioner, Pro se.
For Respondent: D. Anthony (Tony) Abernathy, Honolulu, HI.
John O. Colvin, Chief Judge.
John O. Colvin
DECISION
Pursuant to the stipulations filed in the above-entitled case, and the determinations of the Court as set forth in its opinions filed March 30, 1999 (Dixon v. Commissioner, T.C. Memo 1999-101), March 31, 2000 (Dixon v. Commissioner, T.C. Memo. 2000-116), May 2, 2006 (Dixon v. Commissioner, T.C. Memo 2006-90), and September 7, 2006 (Dixon v. Commissioner, T.C. Memo 2006-190), and incorporating herein the facts stipulated by the parties as the findings of the Court, it is
ORDERED AND DECIDED: That the following deficiency in income tax and penalties are due from petitioners, before application of I.R.C. § 6015(b):
Deficiencies
Additions to Tax/Penalties
Pursuant to I.R.C §§
Year
Income Tax
6653(a)(1)
6653(a)(2)
6661
6621(c)/(d)
1982
$11,622.00
None
None
None
None
That the following deficiency in income tax and penalties are due from petitioners, after application of I.R.C. § 6015(b):
Deficiencies
Additions to Tax/Penalties
Pursuant to I.R.C §§
Year
Income Tax
6653(a)(1)
6653(a)(2)
6661
6621(c)/(d)
1982
None
None
None
None
None
Additional Amount Due from Eric E. Chandler
Additions to Tax/Penalties
Pursuant to I.R.C §§
Year
Income Tax
6653(a)(1)
6653(a)(2)
6661
6621(c)/(d)
1982
$11,622.00
None
None
None
None
That there is no overpayment in income tax due to petitioners for the taxable year 1982;
That pursuant *49 to the Stipulation of Agreed Adjustments filed on October 21, 1988, and the Stipulation of Settled Issues As To Petitioner Peggy K. Chandler filed on February 14, 1994, a tax deficiency for the 1982 tax year was assessed on the Non-Master File against petitioner Peggy K. De Vries (formerly Chandler) in the amount of $25,722.00 on May 13, 1994; that respondent subsequently determined, by Final Notice dated September 11, 2002, that petitioner Peggy K. De Vries is entitled to relief of liability for the understatement of tax as an innocent spouse under I.R.C. § 6015(b); and that as a result of that determination, the respondent abated, as to Peggy K. De Vries, the following: on June 24, 2003, for the 1982 tax year, respondent abated $16,502.00 of assessed tax as well as interest that had been assessed on the tax deficiency amount of $25,722.00; and an abatement of $9,219.27 of assessed tax for the 1982 tax year is pending;
That petitioners are not entitled to an award of litigation costs under I.R.C. § 7430, except as otherwise ordered by the Court; and
That interest will be assessed as provided by law on the deficiency due from petitioner Eric E. Chandler for the taxable year 1982, but that no interest shall accrue *50 during the period from May 14, 1992, through September 13, 2007.
/s/ John O. Colvin
Chief Judge
Entered: MAR 26 2013